# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SPENCER NEAMAN, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> EMILSE PERAZA, PA-C, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-01307-JCM-NJK <br><br> **ORDER** |

Pending before the Court is an order to show cause. Docket No. 40. The Court has now received a response. Docket No. 41. The order to show cause is hereby **DISCHARGED**. The Court again reminds the parties to comply with Local Rule 26-8, Docket No. 11, and Docket No. 35. The Court further **STRIKES** the discovery documents at Docket Nos. 36-39.

IT IS SO ORDERED.

DATED: August 31, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge