# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SPENCER NEAMAN, et al.,                 )
                  Plaintiff(s),   )   Case No. 2:14-cv-01307-JCM-NJK
                            )
                            )   ORDER
vs.                                     )
                            )   (Docket No. 43)
UNITED STATES OF AMERICA, et al.,       )
                            )
              Defendant(s).   )

Pending before the Court is a motion to extend various deadlines. Docket No. 43. The Court hereby orders any response to be filed no later than November 18, 2015, and any reply to be filed no later than November 20, 2015.

IT IS SO ORDERED.

DATED: November 12, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge