**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPENCER NEAMAN, et al., | ) |
| Plaintiff(s), | )     Case No. 2:14-cv-01307-JCM-NJK |
| vs. | )     ORDER |
| EMILSE PERAZA PA-C, et al., | ) |
| Defendant(s). | ) |

It has come to the Court's attention that numerous documents (including case-initiating documents) have been filed in this case with a minor's full name. Rule 5.2(a) of the Federal Rules of Civil Procedure, as well as Special Order Nos. 108 and 109, require that only a minor's initials be provided. Accordingly, the Court hereby **INSTRUCTS** the Clerk's Office to change the docket in this case to remove the minor's full name and replace it with initials. The Court further **ORDERS** the parties to familiarize themselves the above directives, and to fully comply with them in the future. The failure to comply may result in sanctions. *See, e.g.*, *Davis v. Clark County Sch. Dist.*, 2013 U.S. Dist. Lexis 128937, *5 n.3 (D. Nev. Sept. 9, 2013) (sanctioning counsel for repeated failure to comply with Court orders, including order to use only minor's initials in filings).

IT IS SO ORDERED.

DATED: December 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge