# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SPENCER NEAMAN, et al., | Case No. 2:14-cv-01307-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 52) |
| UNITED STATES OF AMERICA, *ex rel* UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant(s). | |

Pending before the Court is the filing by the United States of a notice of issuance of a subpoena. Docket No. 52. Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered in this case.[1] The Court has already made that clear in this case on numerous occasions. *See, e.g.*, Docket Nos. 35, 42. While the Court is cognizant that counsel for the United States has only recently appeared in this case, she is bound to follow the applicable rules and court orders that were issued prior to her appearance. Accordingly, the Court hereby **INSTRUCTS** the Clerk's Office to **STRIKE** the notice filed at Docket No. 52.

//

//

//

---

[1] The notice asserts that it is being filed pursuant to Rule 45(a)(1)(D)(4) of the Federal Rules of Civil Procedure. No such provision exists. Rule 45(a)(4) requires service of notice on other parties, but it does not require the filing of that notice.

1     The Court again **CAUTIONS** counsel and the parties that they are required to comply with all
2 orders and applicable rules.  Failure to comply in the future may result in sanctions.  *See, e.g.*, Local
3 Rule IA 4-1; Fed. R. Civ. P. 16(f).
4     IT IS SO ORDERED.
5     DATED: December 11, 2015

                                                      NANCY J. KOPPE
                                                      United States Magistrate Judge