# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SPENCER NEAMAN, et al., | Case No. 2:14-cv-01307-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket Nos. 51, 53) |
| UNITED STATES OF AMERICA, *ex rel* UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant(s). | |

Pending before the Court is a motion to strike (Docket No. 53) the document filed at Docket No. 51. For good cause, the motion to strike is **GRANTED** and the Clerk's Office is **INSTRUCTED** to strike and seal Docket No. 51.

IT IS SO ORDERED.

DATED: December 11, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge